United States Court of Appeals
Fifth Circuit

**F I L E D**

**March 7, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-51053
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

VICTOR MANUEL LOPEZ-MACIAS,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:06-CR-145
--------------------

Before KING, WIENER, and OWEN, Circuit Judges.

PER CURIAM:[*]

Appealing the Judgment in a Criminal Case, Victor Manuel Lopez-Macias raises arguments that are foreclosed by <u>Almendarez-Torres v. United States</u>, 523 U.S. 224, 235 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.